IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Miller, and Steven Vanness, *et al*. | : | |
| | | Case No. 2:22-cv-2210 |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | | Magistrate Judge Kimberly A. Jolson |
| vs. | : | |
| United Debt Settlement, LLC, *et al.* | : | |
| Defendants, | : | |

**PETITION FOR CLERK TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS EVERYTHING IS IN STOCK, LLC DBA ELITE RESTAURANT EQUIPMENT AND UNITED DEBT SETTLEMENT, LLC**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiff hereby petitions the Clerk to enter default judgment against Defendants, Everything Is In Stock, LLC dba Elite Restaurant Equipment ("Elite") and United Debt Settlement, LLC ("United"). This Petition is supported by the Affidavit of Brian M. Garvine attached hereto as Exhibit A. For purposes of this Petition, Plaintiff submits the following:

1. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

2. On September 27, 2022, Plaintiffs obtained service on United and Elite.

3. Defendants Elite and United have failed to plead or otherwise defend in response to the Class Action Complaint and Request for Declaratory Relief filed on May 19, 2022.

1

4. Plaintiffs hereby petition the Clerk to enter default in this case against Defendants Everything Is In Stock, LLC dba Elite Restaurant Equipment and United Debt Settlement, LLC, which are Defendants that have been properly served with a Summons and a pleading for affirmative relief but have failed to plead or otherwise defend, and the time to file a responsive pleading has expired.

Respectfully submitted,

*/s/ Brian M. Garvine*
BRIAN M. GARVINE (0068422)
Law Office of Brian M. Garvine, LLC
5 East Long Street, Suite 1100
Columbus, OH 43215
614/223-0290   Fax:  614/221-3201
E-mail:  brian@garvinelaw.com
*Counsel for Plaintiffs*

*/s/ Jeremiah E. Heck*
Jeremiah E. Heck, 0076742
Gregory Zuchowski, 0098449
Luftman, Heck & Associates, LLP
6253 Riverside Drive, Suite 200
Dublin, Ohio 43017
jheck@lawLH.com
*Co-counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Miller, and Steven Vanness, *et al.* | : | |
| | | Case No. 2:22-cv-2210 |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | | Magistrate Judge Kimberly A. Jolson |
| vs. | : | |
| United Debt Settlement, LLC, *et al.* | : | |
| Defendants, | : | |

### AFFIDAVIT OF BRIAN M. GARVINE

State of Ohio )
                 ) ss:
County of Franklin )

I, Brian M. Garvine, state I am over 18 years old and state under oath that I have personal knowledge of and am competent to testify about the following:

1. I am co-counsel for Plaintiffs, Angel Miller and Steven Vanness.

2. On September 22, 2022, Plaintiffs retained ABC Legal Services ("ABC") to affect personal service on Defendants, Marcel Bluvstein, Gabriel Gorelik, United Debt Settlement, LLC, and Everything Is In Stock, LLC dba Elite Restaurant Equipment.

3. On September 27, 2022, Plaintiffs obtained service on Defendants United Debt Settlement, LLC and Everything Is In Stock, LLC dba Elite Restaurant Equipment. (Doc. #9.)

FURTHER AFFIANT SAYETH NAUGHT.

                                             */s/ Brian M. Garvine (original signature on file)*
                                             Brian M. Garvine

Sworn to before me and subscribed in my presence, this 10th day of November, 2022.

                                             */s/ Barbara M. Ballad (original signature on file)*
                                             Notary Public