IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Angel Miller, and Steven Vanness, *et al.* : | |
| : | Case No. 2:22-cv-2210 |
| Plaintiffs, : | Judge Sarah D. Morrison |
| : | Magistrate Judge Kimberly A. Jolson |
| vs. : | |
| : | |
| United Debt Settlement, LLC, *et al.* : | |
| : | |
| Defendants, : | |

## PETITION FOR CLERK TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT GABRIEL GORELIK

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiff hereby petitions the Clerk to enter default judgment against Defendant, Gabriel Gorelik ("Gorelik"). This Petition is supported by the Affidavit of Brian M. Garvine attached hereto as Exhibit A. For purposes of this Petition, Plaintiff submits the following:

1. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

2. On December 15, 2022, Plaintiffs obtained service on Gorelik.

3. Defendant Gorelik has failed to plead or otherwise defend in response to the Class Action Complaint and Request for Declaratory Relief filed on May 19, 2022.

4. Plaintiffs hereby petition the Clerk to enter default in this case against Defendant Gabriel Gorelik, which is Defendant that has been properly served with a Summons and a pleading

1

for affirmative relief but have failed to plead or otherwise defend, and the time to file a responsive pleading has expired.

          Respectfully submitted,

          */s/ Brian M. Garvine*
          BRIAN M. GARVINE (0068422)
          Law Office of Brian M. Garvine, LLC
          5 East Long Street, Suite 1100
          Columbus, OH 43215
          614/223-0290 Fax: 614/221-3201
          E-mail: brian@garvinelaw.com
          *Counsel for Plaintiffs*

          */s/ Jeremiah E. Heck*
          Jeremiah E. Heck, 0076742
          Gregory Zuchowski, 0098449
          Luftman, Heck & Associates, LLP
          6253 Riverside Drive, Suite 200
          Dublin, Ohio 43017
          jheck@lawLH.com
          *Co-counsel for Plaintiffs*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:22CV00267**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gabriel Gorelik**
was recieved by me on **12/13/2022:**

- ☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

- ☒ I left the summons at the individual's residence or usual place of abode with **Alisa Tsevan**, a person of suitable age and discretion who resides there, on **12/15/2022**, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/15/2022

_____
*Server's signature*

**Islam Alaaeldin**
*Printed name and title*

1956 64th st
2f
brooklyn, NY 11204
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Alisa Tsevan who indicated they were the baby sitter, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with an accent.**




Tracking #: 0097988854

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Angel Miller, and Steven Vanness, *et al.* : | |
| Plaintiffs, : | Case No. 2:22-cv-2210<br>Judge Sarah D. Morrison<br>Magistrate Judge Kimberly A. Jolson |
| vs. : | |
| United Debt Settlement, LLC, *et al.* : | |
| Defendants, : | |

### AFFIDAVIT OF BRIAN M. GARVINE

State of Ohio         )
                              ) ss:
County of Franklin )

I, Brian M. Garvine, state I am over 18 years old and state under oath that I have personal knowledge of and am competent to testify about the following:

1. I am co-counsel for Plaintiffs, Angel Miller and Steven Vanness.

2. On December 8, 2022, I purchased a Peoplefinders search for Defendants Marcel Bluvstein ("Bluvstein") and Gabriel Gorelik ("Gorelik").

3. Pursuant to the Peoplefinders search, I located an address for Gabriel Gorelik which appeared to be their respective residence addresses.

4. I hired ABC Legal Services, LLC ("ABC") to effectuate personal service on Gorelik.

5. On December 15, 2022, ABC was able to obtain service on Gorelik.

1



FURTHER AFFIANT SAYETH NAUGHT.

_____
Brian M. Garvine

Sworn to before me and subscribed in my presence, this 12th day of January, 2023.

_____
Notary Public

BARBARA S. BALLARD
NOTARY PUBLIC, STATE OF OHIO
FRANKLIN COUNTY
My Comm. Expires December 10, 2023

2