IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Angel Miller, and Steven Vanness, *et al.*      :

                                                  Case No. 2:22-cv-2210

        Plaintiffs,                 :      Judge Sarah D. Morrison

                                                  Magistrate Judge Kimberly A. Jolson

vs.      :

United Debt Settlement, LLC, *et al.*      :

        Defendants,      :

## **PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANT MARCEL BLUVSTEIN**

Now come Plaintiffs, by and through counsel, and, in follow-up to the court's January 30, 2023 Notation Order, hereby respectfully request an additional two weeks to effect service on Defendant Marcel Bluvstein ("Bluvstein"). As previously indicated, Plaintiffs' counsel hired ABC Legal Services, LLC ("ABC") to effectuate personal service on Bluvstein.

As discussed in Plaintiffs' previous Motion for Additional Time to Effect Service on Defendant Marcel Bluvstein, Bluvstein has been avoiding service. Pursuant to the Federal Rule Civil Procedure, Plaintiffs requested certified mail service of Bluvstein on February 1, 2023. To date, we have not received a response with respect to certified mail service. Plaintiffs respectfully requests an additional two weeks to determine how certified mail service returns with respect to Defendant Bluvstein.

FOR GOOD CAUSE SHOWN, Plaintiffs should be granted an additional two weeks to effectuate service on Bluvstein.

Respectfully submitted,

*/s/ Brian M. Garvine*
BRIAN M. GARVINE (0068422)
Law Office of Brian M. Garvine, LLC
5 East Long Street, Suite 1100
Columbus, OH 43215
614/223-0290   Fax:  614/221-3201
E-mail:  brian@garvinelaw.com
*Counsel for Plaintiffs*

*/s/ Jeremiah E. Heck*
Jeremiah E. Heck, 0076742
Gregory Zuchowski, 0098449
Luftman, Heck & Associates, LLP
6253 Riverside Drive, Suite 200
Dublin, Ohio 43017
jheck@lawLH.com
*Counsel for Plaintiffs*