UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Angel Miller, et al.,

        Plaintiff(s),        Case No. 2:22-cv-02210

  v.

                                JUDGE MORRISON

United Debt Settlement LLC, et al.,

        Defendant(s).

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on March 10, 2023. A copy of the Summons and Complaint were sent by certified mail to the following location(s):

Marcel Bluvstein
137 Amherst Street
Brooklyn, NY 11235
(1317 2900 0000 2703 1581)

RICHARD W. NAGEL, CLERK



Kristen Keppler, Deputy Clerk