IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Miller, and Steven Vanness, *et al*. | : | |
| | | Case No. 2:22-cv-2210 |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | | Magistrate Judge Kimberly A. Jolson |
| vs. | : | |
| | | |
| United Debt Settlement, LLC, *et al.* | : | |
| | | |
| Defendants, | : | |

**MOTION TO DISMISS MARCEL BLUVSTEIN WITHOUT PREJUDICE**

Now come Plaintiffs, by and through undersigned counsel, and, pursuant to Fed. R. Civ. P. 21, hereby move this court to dismiss Defendant Marcel Bluvstein, without prejudice. On March 13, 2023, this Court issued a Notation Order granting Plaintiffs' Motion for Additional Time to Effect Service on Defendant Marcel Bluvstein until April 10, 2023. Plaintiffs have been unable to effect service on Bluvstein. Plaintiffs have perfected service upon Defendants United Debt Settlement, LLC, Everything Is In Stock, LLC dba Elite Restaurant Equipment and Gabriel Gorelik.

Accordingly, Plaintiffs respectfully move this Court to dismiss Marcel Bluvstein, without prejudice.


Respectfully submitted,

*/s/ Brian M. Garvine*
Brian M. Garvine (0068422)
Law Office of Brian M. Garvine, LLC
5 East Long Street
Suite 1100
Columbus, OH 43215
brian@garvinelaw.com
*Attorney for Plaintiffs*

Jeremiah E. Heck, 0076742
Luftman Heck & Associates, LLP
6253 Riverside Drive, Suite 200
Dublin, Ohio 43017
jheck@lawLH.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on April 10th, 2023 a true copy of the foregoing *Notice of Dismissal Without Prejudice* was filed electronically.  Notice of this filing will be sent by the court's mailing to:

Everything Is In Stock, LLC
 Dba Elite Restaurant Equipment
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

United Debt Settlement, LLC
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

Gabriel Gorelik
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

/s/ Brian M. Garvine
Brian M. Garvine  (0068422)
*Attorney for Plaintiffs*