# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANGEL MILLER,** *et al.***,**

        **Plaintiffs,**   :

  v.                                     Case No. 2:22-cv-02210
                                            Judge Sarah D. Morrison
                                            Magistrate Judge Kimberly A. Jolson

**UNITED DEBT SETTLEMENT, LLC,** *et al.***,**   :

        **Defendants.**

## ORDER

This matter is before the Court on Plaintiffs' Motion to Dismiss Marcel Bluvstein Without Prejudice. (ECF No. 51.) Plaintiffs explain that, despite court-ordered extensions, they have been unable to serve Mr. Bluvstein. (*Id.*) They ask that the Court dismiss Mr. Bluvstein without prejudice. (*Id.*)

Federal Rule of Civil Procedure 21 provides "[o]n motion or on its own, the court may at any time, or just terms, add or drop a party." Plaintiffs' Motion is **GRANTED**.

      **IT IS SO ORDERED.**

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON**
                                      **UNITED STATES DISTRICT JUDGE**