IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Miller, and Steven Vanness, *et al*. | : | |
| | | Case No. 2:22-cv-2210 |
| Plaintiffs, | : | Judge Sarah D. Morrison |
| | | Magistrate Judge Kimberly A. Jolson |
| vs. | : | |
| United Debt Settlement, LLC, *et al*. | : | |
| Defendants, | : | |

## STATUS REPORT

Now come Plaintiffs, by and through undersigned counsel, and, pursuant to this Court's October 22, 2024 Order, hereby provides a Status Report. On November 21, 2024, Plaintiffs sent subpoenas to Bank of America, Trans Union Credit Reporting Services ("Trans Union") and Global Holdings, LLC dba Global Client Solutions ("Global Holdings"). Bank of America responded to Plaintiffs' subpoena indicating it had no responsive documents. Trans Union and Global Holdings responded, through counsel, and requested an extension to provide the information.

Also, Plaintiffs' counsel performed a public search of Defendant United Debt Settlement Services and found that it was previously represented by New York counsel. Plaintiffs' counsel contacted New York counsel to inquire as to whether counsel is still representing United Debt Settlement in an attempt to initiate communications between the parties. Plaintiffs' have not received a response.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian M. Garvine* | */s/ Jeremiah E. Heck* |
| Brian M. Garvine (0068422) | Jeremiah E. Heck (0076742) |
| Law Office of Brian M. Garvine, LLC | Luftman Heck & Associates, LLP |
| 533 South Third Street | 6253 Riverside Drive, Suite 200 |
| Columbus, OH 43215 | Dublin, Ohio 43017 |
| brian@garvinelaw.com | jheck@lawLH.com |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on December 20, 2024 a true copy of the foregoing was filed electronically.  Notice of this filing will be sent by the court's mailing to:

Everything Is In Stock, LLC
  Dba Elite Restaurant Equipment
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

United Debt Settlement, LLC
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

Gabriel Gorelik
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

>*/s/ Brian M. Garvine*
> Brian M. Garvine  (0068422)
> *Attorney for Plaintiffs*