IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Angel Miller, and Steven Vanness, *et al*.          :

                                                    Case No. 2:22-cv-2210
      Plaintiffs,                               :    Judge Sarah D. Morrison
                                                    Magistrate Judge Kimberly A. Jolson

vs.                                                 :

United Debt Settlement, LLC, *et al.*               :

      Defendants,                               :

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now come Plaintiffs, by and through counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby give notice of their voluntary dismissal of all claims, without prejudice.  Each party shall bear their own costs and attorney fees.

Approved:

| | |
|---|---|
| */s/ Brian M. Garvine* | */s/ Jeremiah E. Heck (per consent)* |
| Brian M. Garvine, (0068422) | Jeremiah E. Heck, (0076742) |
| Law Office of Brian M. Garvine, LLC | Luftman, Heck & Associates, LLP |
| 5 E. Long Street, Suite 1100 | 580 E. Rich Street |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| Phone:  614/223-0290 | Phone:  614/224-1500 |
| Fax:  614-/221-3201 | Fax:  614/224-2894 |
| Brian@garvinelaw.com | Jheck@lawlh.com |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on May 23, 2025 a true copy of the foregoing was filed

electronically.  Notice of this filing will be sent by the court's mailing to:

Everything Is In Stock, LLC
 Dba Elite Restaurant Equipment
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

United Debt Settlement, LLC
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

Gabriel Gorelik
240 W. 37th Street, Suite 400
New York, NY  10018
*Defendant*

*/s/ Brian M. Garvine*
Brian M. Garvine  (0068422)
*Attorney for Plaintiffs*

2